# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:16-cr-128 |
| | ) | |
| v. | ) | Judge Travis R. McDonough |
| | ) | |
| SAMUEL HILL | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

## ORDER

On February 10, 2017, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending:    (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain in custody pending sentencing.    (Doc. 17.)    Neither party filed an objection within the allotted fourteen-day period.    After reviewing the record, the Court agrees with Magistrate Judge Steger's Report and Recommendation.    Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1).    It is, therefore,

**ORDERED** that:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **Friday, May 19, 2017,** at **9:00 a.m.** before the undersigned.

**ENTER:**

*/s/Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**